## Commonwealth, Appellant, v. Reed.

**Argued June 14, 1971.** *Michael E. Riskin,* Assistant District Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellant; *Paul C. Hensel,* for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.

## Commonwealth v. Sager, Appellant.

**Argued June 14, 1971.** *Louis Sager,* with him *Sager & Sager Associates,* for appellant; *William Morrow,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.